SEYFARTH SHAW LLP
Elizabeth M. Levy (SBN 268926)
elevy@seyfarth.com
Lauren S. Schwartz (SBN 312253)
lschwartz@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
Genesis Corp. (erroneously sued as and d/b/a Genesis10)

LAW OFFICES OF MICHAEL J. REED
Michael J. Reed (122324)
Mreed10202@aol.com
26228 Meadow Drive
San Juan, Capistrano, California 92675
Office Phone: (925) 743-8353
Fax: (734) 468-6168

Attorneys for Plaintiff
Jennifer Tomaselli

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TOMASELLI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENESIS10, a business entity form unknown, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:24-cv-02083-JWH(JPRx)<br>Assigned to: Hon. John W. Holcomb<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>(Originally filed in Riverside County Superior Court, Case No. CVPS2402408)<br><br>Complaint Filed:　April 19, 2024<br>Complaint Served: August 30, 2024<br>Removed:　　　　September 27, 2024<br>Trial Date:　　　None Set |

JOINT REQUEST FOR DISMISSAL

315190800v.1

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff Jennifer Tomaselli and Defendant Genesis Corp. (erroneously sued as and d/b/a Genesis10) through their respective counsel, that pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and the entire action be voluntarily dismissed with prejudice forthwith, with each party to bear its own costs and fees.

Pursuant to Local Rule 5-4.3.4(a)(2), the electronic filer below hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 16, 2024          SEYFARTH SHAW LLP

                                  By:    */s/ Lauren S. Schwartz*

                                         Elizabeth M. Levy
                                         Lauren S. Schwartz

                                  Attorneys for Defendant
                                  Genesis Corp. (erroneously sued as and d/b/a Genesis10)


DATED: December 16, 2024          LAW OFFICES OF MICHAEL J. REED

                                  By:    */s/ Michael J. Reed*

                                         Michael J. Reed

                                  Attorneys for Plaintiff
                                  Jennifer Tomaselli